■ SOMPOACH UMPORNPUN et al., Respondents, v CFR LEASING CORP. et al., Respondents, and CITY OF NEW YORK, Appellant. [621 NYS2d 27] —Interlocutory judgment, Supreme Court, New York County (Jane Solomon, J.), entered December 20, 1993, after bifurcated jury trial, apportioning liability 15% to plaintiff, 60% to defendant-appellant City of New York and 25% to defendants-respondents, unanimously affirmed, without costs.

The record supports the jury finding that the City's failure to repair a traffic signal normally in operation at the intersection in question caused a dangerous situation because of potential confusion as to which of two vehicles entering this busy intersection would have the right of way, and was a

contributing proximate cause of the nighttime accident in which plaintiff was injured *(cf., Sherman v City of New York,* 206 AD2d 272; *Cimino v City of New York,* 54 AD2d 843, *affd* 43 NY2d 966). Concur—Ellerin, J. P., Wallach, Asch and Nardelli, JJ.